PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8937
    Facsimile: 415-744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MAXIMINO LOPEZ HERRERA, | No. 1:16-cv-01458-EPG |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT** |
| v. | |
| NANCY A. BERRYILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between Maximino Lopez Herrera (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.  On remand, the Commissioner will conduct any necessary further

-1-

proceedings including developing additional evidence, and issue a new decision in compliance with the regulations and with evidentiary support for the findings.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATE:  August 25, 2017                              Respectfully submitted,

                                                                 PHILLIP A. TALBERT
                                                                  Acting United States Attorney

                                                                 /s/ *Elizabeth Firer*
                                                                 ELIZABETH FIRER
                                                                Special Assistant United States Attorney

DATE:  August 25, 2017                              Respectfully submitted,

                                                                 s/ *Melissa Newel*
                                                                MELISSA NEWEL
                                                                Attorney for Plaintiff
                                                               *per email authorization on August 25, 2017

# ORDER

Based on the parties' stipulation, this action is remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.  On remand, the Commissioner will conduct any necessary further proceedings including developing additional evidence, and issue a new decision in compliance with the regulations and with evidentiary support for the findings.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: __**August 28, 2017**__          /s/ Eric P. Grosj

UNITED STATES MAGISTRATE JUDGE